UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>-against-<br><br>Ramon De La Cruz,<br><br>                Defendant. | No. 96-CR-543 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the Government's letter, dated May 4, 2024, requesting a conference in the above-captioned case. (See dkt. no. 24.)

    The parties shall appear for a conference at 2:00 p.m. on May 10, 2024, in Courtroom 12A.

**SO ORDERED.**

Dated:    May 6, 2024
            New York, New York

                                          _____
                                          LORETTA A. PRESKA
                                          Senior United States District Judge