UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>-against-<br><br>RAMON DE LA CRUZ,<br><br>                Defendant. | No. 96-CR-543 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The sentencing hearing in the above-captioned case is hereby adjourned to September 5, 2024, at 10:30 a.m. Defendant shall submit his sentencing memorandum no later than August 22, 2024. The Government shall file its sentencing memorandum no later than August 29, 2024.

**SO ORDERED.**

Dated:    August 5, 2024
             New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge