UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

RAMON DE LA CRUZ,

                Defendant.

No. 96-CR-543 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Upon the application of the Government at the hearing in the above-captioned case on May 10, 2024, (see Minute Entry, dated May 10, 2024), and upon a finding by the Court that good cause has been shown, the Court hereby orders that the Clerk of the Court shall unseal all sealed docket entries that remain sealed in the above-captioned case, including docket entry numbers 12-14.

**SO ORDERED.**

Dated:    September 5, 2024
           New York, New York

                                      */s/ Loretta A. Preska*
                                      LORETTA A. PRESKA
                                      Senior United States District Judge