UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>-against-<br><br>RAMON DE LA CRUZ,<br><br>    Defendant. | No. 96-CR-543 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  The Court is in receipt of Defendant's unopposed motion to relocate and transfer jurisdiction of his pretrial supervision to the Middle District of Florida.  (See dkt. no. 39.)  Defendant's request is granted.

  Defendant may relocate to the Middle District of Florida until his surrender date.  Pretrial Services is directed to undertake the transfer of the jurisdiction of Defendant's pretrial supervision to the Middle District of Florida.  Defendant shall remain under home detention with location monitoring in the Middle District of Florida until he surrenders to the custody of the Bureau of Prisons.

  The Clerk of the Court is respectfully directed to close docket entry number 39.

1

**SO ORDERED.**

Dated:  September 20, 2024
        New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge