UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         -versus-<br><br>RAMON DE LA CRUZ,<br><br>                         Defendant. | No. 96-CR-543 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

   The Court is in receipt of Mr. De La Cruz's Letter Motion requesting compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i), dated January 4, 2025.  (Dkt. no. 47.)  The Government shall respond to Mr. De La Cruz's Motion by February 3, 2025.  Mr. De La Cruz may submit any reply by February 28, 2025.  The Clerk of the Court shall mail a copy of this order to Mr. De La Cruz.

**SO ORDERED.**

Dated:    January 7, 2025
          New York, New York

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge

1