UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

RAMON DE LA CRUZ,

                Defendant.

No. 96-CR-543 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Having been advised by the Government that Mr. De La Cruz was released from the custody of the Bureau of Prisons ("BOP") and U.S. Immigration and Customs Enforcement ("ICE"), Defendant's letter motion requesting compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i) (dkt. no. 47) is hereby denied as moot. The Clerk of the Court shall close docket number 47.

**SO ORDERED.**

Dated:    June 9, 2025
            New York, New York

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge